C

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **In Re** | ) | **JUDGE RICHARD L. SPEER** |
| | ) | |
| Nalix Virginia Otero | ) | **Case No.** 10-34166 - Ch.7 |
| | ) | |
| **Debtor(s)** | ) | |

### ORDER TO SHOW CAUSE

On June 16, 2010, the above captioned Chapter 7 Case was filed using the Electronic Case Filing System. Pursuant to the Rules established for the Northern District of Ohio, the Debtor(s) are required to file an *originally signed* **Declaration Re: Electronic Filing of Documents** within seven (7) days of the electronic filing.

It appearing to the Court, that the Debtor(s) have failed to file the Declaration within the required time, it is

**ORDERED** that the **DEBTOR(S)** appear before the undersigned United States Bankruptcy Judge on **Tuesday, July 20, 2010 at 3:00 P.M.**, in Courtroom No. 1, Room 119, United States Courthouse, 1716 Spielbusch Avenue, Toledo, Ohio, and *Show Cause why the above captioned Chapter 7 Case should not be dismissed for failure to follow orders of the Court, thereby subject to Section 109(g)(1).*

It is **FURTHER ORDERED** that **PAMELA I. THEODOTOU, ATTORNEY FOR DEBTOR,** is hereby **REQUIRED TO APPEAR** at the above scheduled Hearing and *Show Cause as to why appropriate Sanctions and/or Disgorgement of Attorney Fees should not be imposed by the Court.*

**IT IS FURTHER ORDERED THAT ONLY THE JUDGE MAY CHANGE OR MODIFY THE TIME AND DATE SET FOR THIS HEARING.**

Dated: JUN 28 2010

/S/ RICHARD L. SPEER
_____
RICHARD L. SPEER
United States Bankruptcy Judge