U

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In Re | ) | HONORABLE RICHARD L. SPEER |
| | ) | |
| Nalix Virginia Otero | ) | Case No. 10-34166 - Ch.7 |
| | ) | |
| **Debtor(s)** | ) | |

### ORDER TO SHOW CAUSE ON DISMISSAL

It appearing that the Debtor herein, has failed to comply with the Order of the Court of **June 19, 2010**, to pay the balance of **$78.00** filing fees on, or before, **September 30, 2010**, it is

**ORDERED** that the Debtor appear before the undersigned United States Bankruptcy Judge on **Tuesday, October 26, 2010 at 1:30 P.M.**, in Courtroom No. 1, Room 119, United States Courthouse, 1716 Spielbusch Avenue, Toledo, Ohio, and show cause why the petition and the case thereunder should not be dismissed.

Dated: OCT 1 2010

/S/ RICHARD L. SPEER
_____
**RICHARD L. SPEER**
**United States Bankruptcy Judge**